IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:10-cr-111 |
| | : JUDGE WALTER HERBERT RICE |
| vs. | : |
| DARRELL W. DEATON, JR., | : |
| Defendant | : |

---

ENTRY REFERRING DEFENDANT FOR TREATMENT
WITH LIFEPOINT SOLUTIONS

---

For good cause shown, this Court refers the Defendant to Lifepoint Solutions for treatment pending Sentencing set for 5/14/2013.

December 28, 2012

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Brent Tabacchi, Esq.
Aaron Durden, Esq.
United States Marshal
United States Pretrial Services
United States Probation Department